Mieke K. Malmberg (SBN 209992)
mmalmberg@skiermontderby.com
Paul B. Derby (SBN 211352)
pderby@skiermontderby.com
Hajir Ardebili (SBN 224624)
hardebili@skiermontderby.com
Mane Sardaryan (SBN 287201)
msardaryan@skiermontderby.com
**SKIERMONT DERBY LLP**
800 Wilshire Boulevard, Suite 1450
Los Angeles, California 90017
Telephone: (213) 788-4500
Facsimile: (213) 788-4545

Paul J. Skiermont (*pro hac vice* to be filed)
pskiermont@skiermontderby.com
**SKIERMONT DERBY LLP**
1601 Elm Street, Suite 4400
Dallas, Texas 75201
Telephone: (214) 978-6600
Facsimile: (214) 978-6601

Doug W. Colt (SBN 210915)
dcolt@coltlegal.com
**COLT LEGAL GROUP**
1034 Emerald Bay Road, Suite 443
South Lake Tahoe, California 96150
Telephone: (628) 400-2658
Facsimile: (628) 400-2658

Attorneys for Plaintiff
SHERRI BALDY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| SHERRI BALDY,<br><br>        Plaintiff,<br><br>v.<br><br>MGA ENTERTAINMENT, INC.,<br><br>        Defendant. | Case No.:  5:21-cv-01938<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff Sherri Baldy ("Baldy" or "Plaintiff"), by and through the undersigned counsel, brings this action against Defendant MGA Entertainment, Inc. ("MGA"), alleging as follows:

## SUMMARY OF ACTION

1.     Baldy is a highly successful independent artist and the original creator of "My Besties" characters – whimsical, sweet-looking characters including girls, boys, and pets branded as "Big Eyed, Big Head Dolls" – and inspired by Baldy's own friends, family, and life experiences.  Baldy began creating My Besties visual works (i.e., drawings and artwork) at issue here in 2011, publishing them shortly thereafter. My Besties rapidly grew in popularity and are particularly popular amongst women and girls of all ages in the coloring and crafting community.  Baldy's works feature several distinctive characteristics including, but not limited to: uniquely designed oversized three-ring eyes having distinctive shapes and proportions of the pupils, iris, and sclera (white of the eye) disproportionately small noses and mouths, and big heads, with unique hair styles adorned with various accessories like bows, flowers, or curlers in their hair—all of these and other features contribute to an overall look and feel, making Baldy's My Besties images immediately recognizable as Baldy's creations. Baldy's My Besties creations are licensed by several companies and are distributed by her licensees and by Baldy herself in the form of prints/posters, coloring pages, digi stamps, paper packs, crafting and school supplies, fabrics, cloth dolls, foamy dolls, plush toys, collectible figurines, cups, mugs, T Shirts, and many other products.  My Besties are also widely published and distributed online.

2.     Several years after Baldy began widely sharing and publishing her My Besties online, MGA launched its L.O.L Surprise line of dolls and related products. L.O.L. dolls are small candy-colored dolls with oversized three-ring eyes having distinctive shapes and proportions of the pupils, iris, and sclera, disproportionately small noses and mouths, and big heads, with unique hair styles adorned with various accessories like bows, flowers, or curlers in their hair.  Although there are many

1

products in the L.O.L. Surprise product line, the first was L.O.L. Surprise dolls (with collectable posters), packaged in a plastic sphere (or other shape) with a drawing of an L.O.L. doll displayed on the outside.  The sphere contains several different layers to unwrap, with a surprise in each layer, which ultimately builds to the final "surprise" in the ball that contains a collectible L.O.L. doll.  MGA did not release all or even most of the L.O.L. Surprise dolls when it first launched the product line.  Instead, MGA slowly introduced the dolls in what it called "waves" or "series" over time.  Other products and promotions eventually followed including toys, boardgames, mobile applications and games, movies, all-in-one playsets, calendars, crafts, coloring books, clothing, bedding and home décor, collectible posters, MGA YouTube, TikTok and Twitter videos and displays, MGA Instagram stories and displays, MGA's L.O.L. Surprise website, MGA's L.O.L. Surprise Amazon Store, MGA's L.O.L. Surprise Watch application (iPhone and Android) with videos and other displays, and hundreds of L.O.L. dolls that come in different sizes and that are made from various different types of materials (collectively, "L.O.L. Surprise Products" or "Infringing Products").

3.     The L.O.L. Surprise Products have become the most popular and successful product line in MGA's history.  MGA reported that in 2018 and 2019 alone, it made more than $9 billion from L.O.L. Surprise doll retail sales, and expected that revenue to increase in 2020.  These doll retail sales are in addition to the considerable profits MGA receives from selling L.O.L. products other than dolls, and that MGA receives from licensing L.O.L. Surprise.  MGA's Global Head of Licensing, Juli Boylan, informed License Global Magazine in 2018, "we have over 30 proven licensing partners on board and many more in the works, across key categories including apparel, accessories, back-to-school, stationery, games and puzzles, novelty, health and beauty and home décor.  Both the consumer and retail response to L.O.L. Surprise! is nothing short of phenomenal."

4.     Baldy did not learn of the L.O.L. Surprise dolls when the initial "waves" or "series" of L.O.L. Surprise dolls were released.  Baldy later became aware of L.O.L.

Surprise dolls and eventually she discovered that numerous L.O.L. Surprise dolls are so strikingly similar to her My Besties works that MGA must have copied her My Besties—when people started asking her if L.O.L. Surprise dolls are "knock-offs" of Baldy's My Besties, or congratulating her on her licensing deal with MGA L.O.L. Surprise, or refused to license My Besties because they looked too much like L.O.L. Surprise.  For example, in June 2019, one of Baldy's Facebook followers posted images of L.O.L. Surprise dolls to Baldy's Facebook page and wrote, "Sherr[i], are these knock off's of your stuff?"  Baldy also received more optimistic calls from others familiar with her work, who congratulated her because they assumed she must have licensed My Besties to MGA for L.O.L. Surprise.  Baldy's further independent investigation revealed that MGA appeared to have copied her original works extensively, thereby infringing her exclusive rights under the Copyright Act.  Further, later in 2019 (after the June 2019 Facebook "knock-off" post), one of Baldy's long-time licensees informed Baldy they thought MGA's L.O.L. Surprise dolls were licensed from her based on her My Besties creations.  When Baldy said she had not licensed MGA, and asked her long-time licensee if they were interested in licensing My Besties (as many others had done), that licensee declined, fearing a lawsuit from MGA—even though Baldy explained she could prove her My Besties creations came long before MGA's L.O.L. Surprise.  Notably, although that licensee continues to license other Baldy works, they declined to license her My Besties' creation because they felt they are too similar to L.O.L. Surprise.

5.    The L.O.L Surprise Products incorporate and combine many of the distinctive features of Baldy's copyrighted works including, but not limited to unique oversized three-ring eyes having distinctive shapes and proportions of the pupils, iris, and sclera (white of the eye), disproportionately large heads, with small almost imperceptible noses and small mouths in the same size, shape and proportions, and often using the same color scheme and/or adorned with the same accessories like bows, flowers, or curlers in their hair, expressed in the same or substantially similar

3

way as they appear in Baldy's copyrighted My Besties works. MGA has seen billions of dollars in profits by copying the hallmarks of Baldy's protected expression throughout MGA's L.O.L. Surprise Product line, without Baldy's authorization or consent. As a result, Baldy has sustained significant economic harm, for which she seeks redress by this action.

## THE PARTIES

6.     Plaintiff Sherri Baldy, individually ("Baldy" or "Plaintiff") is, and at all times mentioned herein was, an individual residing in and doing business in Riverside County, California.

7.     Defendant MGA is a privately held company with its principal place of business at 9220 Winnetka Avenue, Chatsworth, California 91311.

## JURISDICTION AND VENUE

8.     This is a civil action seeking damages for copyright infringement under the Copyright Act, 17 U.S.C. § 101 et. seq.

9.     This Court has original subject matter jurisdiction over all claims pursuant to 28 U.S.C. §§ 1331 and 1338(a).

10.    Venue is proper under 28 U.S.C. §§ 1391(b), (c) and (d) and 1400(a).

11.    This Court has personal jurisdiction over MGA because, among other things, MGA is doing business in the State of California and in this judicial district, the acts of infringement complained of herein are occurring in the State of California and in this judicial district, and MGA has caused injury to Plaintiff and her intellectual property within the State of California and in this judicial district.

## FACTUAL ALLEGATIONS
### Plaintiff Sherri Baldy Is A Successful Independent Artist

12.    Plaintiff Sherri Baldy has a long and established history as a successful self-taught artist. From the time that she was a young girl, Baldy was drawn to art and creative expression. In grade school, Baldy was gifted a long-coveted set of pastels and a notebook for her birthday. With those pastels, she began to sketch out faces and

eyes.  Shortly thereafter, Baldy made her first sale—she was paid $20 by her fourth-grade teacher to design original art for a nursery.

13.    Although Baldy has produced various creative designs, including successful children and adult clothing lines, costume designs (she was even asked to design wearable art clothes for the Country Music Awards), and home décor products, she was always sketching faces and eyes and creating artwork based on her unique expression.

14.    In the 1990s, Baldy began creating her art into dolls, one-of-a-kind sculptures and cloth dolls and, on a whim, entered the Anaheim Worldwide Doll Show with a few of her creations.  To Baldy's surprise and delight, she secured first and second place from over 3,000 entries.  Realizing their appeal, Baldy began to sell her unique big-eyed cloth dolls to support her family.

15.    Baldy traveled to trade shows throughout California and sold the dolls from her own brick-and-mortar store fronts in Southern California.  The dolls were also sold through a sales rep showroom in the California Mart (a wholesale marketplace in Downtown Los Angeles).  Unable to meet the demand by herself, she hired piece-makers to sew the cloth bodies from Baldy's original patterns, while Baldy would add the distinctive big eye facial features herself.  The dolls were hugely successful, selling out each and every weekend from her San Juan Capistrano shop.

16.    Baldy's unique dolls, known as "One of a Kind Big Eye Art Cloth Dolls," were well received.  Celebrities, including Mark Victor Hansen (author of the well-known title, "Chicken Soup for the Soul") commissioned Baldy to create a unique big-eyed doll in the color purple for Oprah Winfrey, as a Christmas gift, thus claiming a one-of-a-kind original creation from Baldy.

17.    Baldy became very successful.  Licensing deals soon followed, and Baldy licensed her works of art to various entities including The Land of Myth & Knot, Cuppa, Heaven & Earth, Enchanted Tattoos, Pacific Trading Co., Joy Crafts, Lazy Time Toys, Ashton Drake, and the Hamilton Collection, Duck House Dolls, among

others, thus permitting certain of her creations to be rendered as cross-stitch patterns, figurines, tattoos, plush toys, paper products, fabrics, school supplies, embroidery patterns, dolls, and home décor, among many other items.

18.     Baldy is recognized as a book illustrator and author, including illustrating "Land of the Fablers" (author and illustrator, 1992), "Daria Rose and the Day She Chose" (illustrator, 2008), "Pure Inspirations' Fantasy Art Collection: A Compilation of Artwork by 16 Extraordinary Artists" (featured author, 2010).  She also dreamed up a unique "pink poodle" that became the subject of a book "Toddles the Pink Poodle," a character created by Baldy and story line that was created by Beth Roose and that Disney licensed in 2007 to be turned into an animated movie.

19.     Baldy became particularly recognized in creative doll design, picking up the Global Fantasy Dolls Artist Award in 2005 granted by the International Doll Makers Association and also proudly received the Froudian Artist Award in 2008.

20.     Always endeavoring to challenge herself, Baldy began to focus her creativity more and more on drawing and painting, which resulted in Baldy creating a number of diverse illustrated characters sporting her unique big-eyed look among other signature Baldy expressions.

21.     By 2008, Baldy had become so well-known for her distinctive style that she was prominently featured in a book entitled "Big Eye Art," which sought to highlight various artists known for creating art prominently featuring each artist's unique expression of big eyes.

22.     Baldy's unique artistic expression is highly sought after—it has been featured in television productions and her art and dolls have been featured in several well-known productions including Arrested Development and Showville.

**Baldy Creates "My Besties" Sporting Her Unique Artistic Expression**

23.     In 2011, inspired by Baldy's memories of her own children getting themselves dressed and playing dress up in mismatched socks with sweaters inside out, not buttoned in the right places and big oversized bows in their hair, Baldy began to

6

create whimsical sweet characters in bright palates encompassing various expressions of the big-eyed, big head, smaller bodies look for which she had become known. Baldy first began publishing these characters shortly after creation, and they received a warm reception amongst women and girls of all ages. Baldy's fans dubbed her art as "happy art" and could not get enough of the sweet, adventurous, childlike characters, which Baldy affectionately named and branded "My Besties" in 2012. Baldy's first image branded as a "My Besties" was published on Facebook on October 4, 2012.

24.    Baldy ultimately received a trademark for the term "My-Besties" (as a word mark) in 2015.

25.    From the time that the first "Besties" were published, Baldy's fans clamored for more. Baldy delighted in the positive effect of her Besties art and began to focus her art exclusively on creating, illustrating, and coloring My Besties and their fanciful adventures, including fantasy play, gardening, dancing, cooking, eating sweets, as well as celebrating friendship, holidays, pets, their faith, their families, the seasons, and a host of other positive and uplifting scenarios.

26.    Baldy states on her website that she "[c]reated her art to bring happiness, joy through her artful creations. My Besties are the adorable Big Doe Eyed creations of Sherri Baldy. These sweet doe eyed girls, playful boys, adorable Fluffy and lovable Bestie pets Besties were born from Sherri's imagination. . . . Each Bestie is unique and has its own personality, they are loved and collected by all ages. Many say they see themselves or their family in the Besties. There is a little bit of a Bestie in us all! Everyone needs a Bestie!"

27.    Baldy created various collections of her My Besties characters, often using her friends and family for inspiration. She named the characters with sweet uplifting names including, for example, "Morning Cup A Joe & Morning Cup A Joe Pets," "Carley Doll," "Fancy Pants," "Bestie Ballerina," "Miss Doodle Poodle," "Peek A Boo Wink," "Tapping Tillie," "Snow Bear Bestie," and many others.

7

28.     After creating the My Besties line of artwork, Baldy often creates many derivative works utilizing the same My Besties image or images and changing out clothing, scenarios, and color palates.  Some My Besties characters were so popular that they spawned entire Besties collections including, for example, the My Besties Lil Sis collection, the Brittany & La Mouse Geeky Gertie collection, the My Besties Carley collection, Remix, and the Lil Miss Sassy Pants collection.

29.     Each individual My Besties work of visual art has a moment of inspiration and a story of creation inextricably tethered to Baldy and her life experiences.

30.     For example, Brittany Geeky Gertie from Baldy's 2013 Sweet Geeks Collection was inspired by and created for Baldy's daughter, also named Brittany.  The original artwork created by Baldy is shown in the image below:



31.     In 2014, Baldy added to the Sweet Geeks collection, creating a Lil Sis character to interact and appear with Brittany Geeky Gertie.  Brittany Geeky Gertie and Lil Sis are pictured here:



32.     Desiring to expand My Besties character offerings, in 2014 Baldy also decided to mix the heads and bodies of characters that already existed in her collection. Baldy named the new collection Remix.  For example, the head of Butterfly Kisses Fancy Pants Bestie was matched with the body of Milly Mae Img765 MYB-0085 Bestie to create image MYB-240 Fancy Pants Trudy Remix.  This transition is represented by the below three images with Butterfly Kisses Fancy Pants Bestie appearing first (from which the head was selected), followed by Milly Mae Img765 MYB-0085 (from which the body was selected) and finally, MYB-240 Fancy Pants Trudy Remix (the Remix Bestie) appearing on the far right.

 

33.     In April 2017, Baldy, inspired by the highly anticipated and impending September birth of her granddaughter (who was to be named Luxe Rowan), published a My Bestie character to commemorate the awaited birth.  Baldy named her new Besties "Luxe" and "Rowan," after her granddaughter, and published the image on April 13, 2017, announcing her wonderful news and inviting her fans to "Meet Our New little granddaughter 'Luxe Rowan'."  Baldy stated that "of course she [her granddaughter] has to have her own line of Besties . . . meet Luxe & Rowan the New Besties stamp Collection."  Appearing below is the original Facebook post:



**Baldy's "My Besties" Have Been Widely Available Since 2012,**

**With A Large Internet Fan Base And Successful Sales & Licensing**

34.    Since 2012, Baldy's My Besties line of artwork has garnered a huge following.  Fans purchase My Besties products, which are available in an array of forms, including but not limited to, stamps, printable papers, printable card toppers, fabrics, craft products, dolls, figurines, coloring books, nail art, and, more recently, diamond art (a new type of "coloring" wherein the colorist fills in an image on a Canvas using small resin pieces in various colors instead of using cross stitch, pencils, pens, or pastels).

35.    My Besties' fans share their finished coloring pages on Facebook fan pages and Instagram, create homemade cards from My Besties imagery, and by all accounts, cannot stop crafting and creating using My Besties.  Many fans proclaim My Besties are "adorable," "cute," and absolutely "addicting."

36.    Baldy's fans are so enthusiastic that Baldy maintains a paid private members group that offers special bonus coloring pages and other members-only benefits.

37.    Fans also rent out the barn on Baldy's property for private events where they can spend the day crafting and bonding over their common enjoyment and love of My Besties.

38.    My Besties artwork has been publicly available on the worldwide web since at least 2012.  Baldy (and other authorized users) publish and display My Besties images on various Facebook, Instagram, YouTube, Blogs and Pinterest pages.  My Besties products are sold and distributed by Baldy herself through her online shop and her coloring books are widely available from Wal-Mart, Target, Barnes & Noble, worldwide www.bookdepository.com and, of course Amazon.

39.    Baldy maintains an Etsy account https://www.etsy.com/shop/SherriBaldy. The shop was created in 2011 and boasts 127,165 sales.  The first My Besties product was sold in 2012 under the brand name.  It consistently has over 1,700 items for sale at any given time, most of the products relating to My Besties including digital and rubber stamps, CD ROMS, embroidery, journal stickers, mugs, digital paper packs, coloring books, digital download coloring pages and stamps, and stickers, all containing published and displayed My Besties imagery.  Baldy is the number one Etsy seller for digital stamps and digital downloads.

40.    Since December 4, 2008, Baldy has maintained and added to her YouTube channel which is currently entitled "Sherri Baldy My Besties."  Baldy's YouTube channel currently boasts over three thousand subscribers and more than 130,000 views.  It contains hundreds of videos with My Besties imagery, including several videos hosted by Baldy herself as she introduces new products and demonstrates how she draws and colors My Besties, offering artistic tips and tricks so that her fans can improve their crafting using My Besties.  The first video containing My Besties imagery was posted on January 28, 2013 at:
https://www.youtube.com/watch?v=xjwzT3QFPcY.

41.    Baldy maintains a Facebook fan page entitled "Sherri Baldy My Besties TM."  The page was created October 6, 2012 and has more than 9,300 followers.  This page is publicly available and publishes and displays My Besties imagery in the forms of photos and videos and proclaims to provide "updates on all things Sherri Baldy My-Besties TM."  This Facebook page includes links to other websites publishing and

11

promoting My Besties artwork and products including Facebook crafting groups, Etsy shops, Amazon, Instagram, Pinterest, and blogs.  Prominently displayed on this page is a "Shop Now" icon that takes the user directly to http://www.mybestieshop.com/store where the user can view My Besties imagery and purchase My Besties products including digi stamps, stamps and discs, coloring books, and other products, and also view new releases.

42.    Baldy maintains a Facebook page entitled "Color And Create Magazine." The page was created on July 6, 2012 and has 274 followers.  This page is publicly available and publishes and displays My Besties imagery.  It welcomes individuals to "submit creative goodies," which are published and mostly in the form of cards and crafting projects featuring My Besties.  The page includes a link to http://www.mybestiesshop.com/store where the user can view My Besties imagery and purchase My Besties products.

43.    Baldy maintains a Facebook page entitled "My Besties TM Couture." The page was created on September 19, 2012, although the name was changed to the current name on May 7, 2014.  This page has 867 followers.  This page is publicly available and publishes and displays My Besties imagery while advertising and promoting My Besties products, specials, new releases, and, in particular, My Besties clothing, handbags, and accessories with My Besties images.

44.    Baldy maintains a Facebook fan page entitled "Scrapbook Stamp Society."  The page was created on November 28, 2012 and has 142 followers.  This page is publicly available and publishes and displays My Besties imagery while advertising and promoting My Besties products, specials, new releases, etc.

45.    At least as early as April 5, 2013, Baldy created and maintained a website located at http://www.scrapbookstampsociety.com.  Although this website is no longer active, it remains available on the Wayback Machine located at: http://www.web.archive.org.  As of at least April 5, 2013, http://www.scrapbookstampsociety.com was publicly available and published and

displayed My Besties imagery while advertising and promoting My Besties products. On the front page appeared a photo of Baldy herself along with My Besties images and an advertisement for "Sherri Baldy Besties Digi Stamps."  Links down the left hand of the page linked to other My Besties products including, for example, collections entitled "Sweet Geek Book Nerds," and "Besties TM."  "Besties TM" linked to many Besties images that include a reference to Sherri Baldy – e.g. "img 094 Besties digi stamp by Sherri Baldy."

46.     In addition, Baldy also published My Besties images on several websites that are no longer available including, for example, sherribaldyart.com, sherribaldy.com and fuzzb.com (a marketplace for crafts).

47.     Baldy maintains a Facebook crafting group that publishes and distributes My Besties imagery.  The group is titled "Sherri Baldy My-Besties Craft Community." The page was created on June 16, 2013 and has 8,500 members.  The page extends "[a] very warm Welcome to our My Besties Creative Craft Club-Digi Stamps and More FB Group!  We are a SUPER Friendly and FUN Crafting community!  We always look forward to seeing ALL the Sherri Baldy My-Besties Creations by our crafter friends from around the world and We LOVE meeting and making NEW Friends!"  Followers are invited to share their "crafty creations," and are assured that the group is a "safe fun place for you to post all of your My Bestie Creations, Photos, Blog Posts, and More . . . anything featuring our My Besties Stamps and Sherri Baldy Crafting Products are welcome!"  The page displays My Besties imagery.  Many of the posts are crafting projects utilizing My Besties imagery, which fans complete and share to the group.

48.     Baldy maintains a Facebook group titled "I Sell Bestie Creations."  The page was created on April 17, 2015 and has 274 members.  The page proclaims that it is for people who create My Bestie cards and projects.  On it, people share and publish My Bestie imagery, including cards that they have colored and crafting projects that they have completed using My Bestie images.  Many of the cards and crafting projects

have been entered into Baldy's blog challenge located at
http://bestieschallenge.blogspot.com, where crafters compete for prizes using My
Besties as the basis for their crafting projects.

49.    Baldy maintains an Instagram account located at
http://www.instagram.com/sherri.baldystamps.  This account has 424 posts with more
than 3,800 followers.  The first My Besties image posted to Baldy's Instagram account
on January 5, 2015.  This account is publicly available, publishing and displaying My
Besties imagery and advertising My Besties products, often linking directly to
http://www.mybestiesshop.com and Baldy's newest site,
http://www.diamondartdreams.com.  Almost every post on this account features a
single My Besties character in detail on a coloring page, a card, a digi stamp, etc.
Many of the My Besties characters featured on the Instagram account are colored by
Baldy herself.

50.    Baldy maintains a Pinterest account located at
http://www.pinterest.ca/sherribaldyart.  The Pinterest account is titled "Sherri Baldy
Stamps", has a link to http://www.mybestiesshop.com, and proclaims that "Sherri is
the artist at www.MyBestiesShop.com for her Adorable Big Eyes Besties."   The
account has 1,600 followers.  The account publishes and displays My Besties imagery.

51.    Since April 1, 2016 Baldy has sold My Besties coloring books on its
website, http://www.amazon.com.  Images of My Besties appear on the front cover of
the coloring books, and the image of the front cover is published and displayed on
Amazon's website.  Many of Baldy's coloring books indicate on the front cover
"Sherri Baldy My Besties," which appears along with the title of the coloring book.
There are currently more than one hundred coloring books featuring My Besties
characters available and displayed on Amazon.com.

52.    My Besties coloring books are sold by Wal-Mart on its website,
http://www.walmart.com.  Images of My Besties appear on the front cover of the
coloring books, and the image of the front cover is published and displayed on Wal-

Mart's website.  Many of Baldy's coloring books indicate on the front cover "Sherri Baldy My Besties," which appears along with the title of the coloring book.

53.    My Besties coloring books are or have been sold by Target, Barnes and Noble, worldwide at www.bookdepository.com and other distributors, with the images of the product containing My Besties imagery displayed on the distributors' website.

54.    Baldy's website, https://www.mybestiesshop.com (the "Besties Shop") contains a myriad of information on Baldy and her My Besties creations, including videos and images all containing My Besties, as well as a link to the My Besties shop where many My Besties products are available for sale.

55.    Baldy similarly maintains a Facebook page titled "MyBestiesShop.com." The page was created on December 7, 2017 and has 435 followers.  This page is publicly available and publishes and displays My Besties imagery while advertising and promoting My Besties products, specials, new releases, etc.  It also contains a link to "Shop Now," which links directly to http://www.mybestiesshop.com.

56.    Baldy is prominently featured as the owner and creator of My Besties. The term "My Besties" is inextricably linked with Baldy and her name features prominently in publicly available My Besties artwork, coloring books, fan pages, etc.

57.    Baldy, recognizing the unique positive role that her My Besties characters play in the crafting community, is supportive of the limited, creative use of her artwork, as long as the uses follow her tailored copyright license.  In fact, Baldy notifies every one of her copyrights and also generously grants a limited license for certain discrete uses.  Baldy's copyright notice and license grant ("Baldy's Copyright Notice") is available at https://www.mybestiesshop.com/my-besties-tm-angel-policy.html.  There, she asks the crafting community to "enjoy and have tons of fun with your NEW My Besties Sherri Baldy Stamps and Crafting products."  She further states that "You may make projects with My Besties for your personal use or to sell as one of kind handmade projects up to 25 per image.  No Mass Production of any kind

15

may be done without written permission and or a license agreement with Sherri Baldy for My Besties images or likeness of."

58.    Baldy's Copyright Notice further states that "[a]ll Products and Images are under Copyright and Trademark of Sherri Baldy My Besties TM and cannot be redistributed, given away, shared anywhere including the internet without written permission from:  Sherri Baldy."  It is signed by Sherri Baldy and contains a Copyright 2014 notice.

59.    Baldy has further reasonable requirements when using My Besties copyrighted images.  She requires that tags contain the copyright, name license number and link.  For stationery, "copyright, license # and link next to image an in footer." She also requires that the My Besties images not be used in conjunction with violence, adult images, etc. and asks that all You Tube videos containing My Besties imagery include a link to her shop located at http://www.MyBestieShop.com.

60.    Individual product links also include repeated text relating to Baldy's copyright notice.  For example, clicking on a link to a digi stamp from http://www.mybestieshop.com brings up the product details for the specific stamp but also includes express notice that there is no redistribution or file sharing allowed in any way.  It further notifies the consumer that if the images are needed for commercial use that the consumer may "purchase an extended license."  The copyright notice very specifically informs the consumer that he/she may not:  mass produce goods with the image, create any digital goods using the image, give away or share the images, nor may the user claim any copyright after purchase and that the copyright remains with Baldy herself.

61.    Baldy also maintains http://www.diamondartdreams.com, a more recent website where she markets and sells My Besties diamond art coloring kits and completed projects to the public.  Patrons may purchase kits, which include everything you need to color/create in a My Bestie image with sparkling resin pieces, or a completed kit, wherein Baldy herself or a team member has colored in the My Besties

16

picture for immediate display.  The completed kits command a significant mark-up in price due to Baldy's celebrity status as an artist.

62.    My Besties has been licensed by many third parties, including many of the licensors referenced in paragraphs 4 and 17 of this Complaint.  By way of example, the Hamilton Collection, a producer of commemorative figurines, dolls and collectibles (including the well-known Precious Moments collectibles), licensed My Besties, including a special pink Besties character to commemorate and fight against breast cancer.  The advertisement read: "So, let's be 'besties' in the fight against breast cancer . . . With our best friends beside us, we're never alone!  We talk together -laugh together-shop together- and dream together.  And when your best friends are the adorably wide-eyed fairies of artist Sherri Baldy there's no wish too big that a little hoping can't make come true . . .With love in their hearts and little fairy magic, they bring hope to all who face the challenges of breast cancer – and to remind us that, together, there's nothing we can't overcome!"



17

63.    In 2014, The Hamilton Collection also licensed, advertised and sold a My Besties figurine called "My Granddaughter, My Joy," marketed as a "Sherri Baldy original" and pictured below in The Hamilton Collection's promotional materials:

64.    Baldy has enjoyed international acclaim.  International artisans license her work to create cottage industries of My Besties creations.  There are international blogs created and maintained by Baldy's fans worldwide from Brazil to Australia to Europe wherein fans create and coordinate My Besties coloring challenges amongst My Besties fans and promote, discuss, and bond over My Besties.

65.    There is a continuous demand for My Besties products.  Baldy's Carley Doll was showcased on createandcraft.tv, a shopping network in the United Kingdom in 2013.  Additionally, Sherri Baldy My Besties line of crafting products received their own show hours on Create and Craft TV in 2014 and sold out almost immediately when the first segment aired.  Baldy's My Besties creations have also been successfully featured on the Home Shopping Network website for sale through Baldy's distributor "Notions" in the United States.

66.    Google searches of "My Besties" or "Sherri Baldy" bring up links to hundreds of websites and thousands of My Besties images that have been widely publicly available at all times since publication.  Many of the available images and videos are in the form of tutorials or include partial sketches or partial colorings created and published by Baldy herself, which demonstrate exactly how she attains the distinctive expressions, look, and feel of her My Besties characters.

67.    Baldy is a vigilant artist and endeavors to protect her artistic expression. Although Baldy has more than 5,000 My Besties images and continues to create more daily, Baldy has registered and continues to register many copyrights pertaining to her My Besties characters.

68.    Baldy is proud of every one of her My Besties characters, and she delights in the positive, uplifting, and supportive community and fan base borne out of her creativity.

## **Defendant MGA's Business and Its L.O.L. Surprise Products**

69.     MGA, founded in 1979 by Isaac Larian ("Larian"), is a company that manufactures children's toys and entertainment products.  Advertising itself as "the world's largest private toy company," MGA claims that it "has built a reputation of creating top consumer brands across a wide variety of consumer product categories, continually providing innovative play patterns that appeal to girls & boys of all ages."

70.     In 2017, Larian claimed in press interviews that he came up with the idea for the L.O.L. Surprise dolls in 2015 while watching YouTube.  "I have insomnia, so I wake up in the middle night and watch YouTube now more than ever."  Larian said that he continued to scour YouTube "to see what kids like."  He learned that YouTube and other online channels are frequently how children (and their parents) learn about products.

71.     Larian has stated to the press that after scouring YouTube to see what kids like, he then went straight to his design team with direct orders to make the "ultimate unboxing toy."  The MGA team's response were L.O.L. Surprise dolls—pint-sized (3 inches tall), candy-colored dolls with extremely large heads and large doe eyes.  And although Larian has publicly stated that the average time to develop and launch a toy product is about eighteen (18) to thirty-six (36) months, Larian and his design team produced the first series of L.O.L. Surprise dolls in less than nine (9) months (launching in October 2016).  Larian credits his "passion" for the quick turnaround.

72.     Contained within the packaging for every L.O.L. Surprise doll, there is a collectible poster that shows all of the dolls in the same series—and even highlights which ones are the rarest.  And because the collectible poster lists all of the different available dolls in the series, children want to keep buying more so that they can secure the entire collection—including the Ultra Rare doll(s) within a series.  There are some complaints posted online by parents lamenting that they have purchased the same doll repeatedly while attempting to check off all of the dolls on the collectible posters.

73.     Some of the success of L.O.L. Surprise dolls has been attributed by the NYT and others from the "wow factor" of the dolls' "cuteness."  MGA's Mr. Larian attributes much of the success of the L.O.L. Surprise Products to "MGA's marketing, promotional, distribution, and sales efforts which include advertising and promotion through the MGA website, retailer websites, and internet-based advertising though influencers, print, and other efforts, both domestically and abroad."  For example, MGA has arranged and sent L.O.L. Surprise dolls to Instagram influencers with large followings, as well as other third parties, who MGA authorizes and/or ratifies to review and promote the L.O.L. Surprise Products on social media and other advertising and display channels.  Further, Mr. Larian has testified that, "[n]o one other than MGA is authorized to manufacture, import, expert, advertise, offer for sale, or sell any good utilizing L.O.L. Surprise! Products, Works, or Marks without the express written consent of MGA."  Baldy believes, and on that basis alleges, that MGA has provided express written consent to numerous third parties, including social media influencers, retailers, online marketplaces, as well as numerous MGA licensees.

74.     In addition to advertising the L.O.L. Surprise Products on television and its main website (mgae.com), MGA also launched its own YouTube channel (youtube.com/LOLSurprise)—that has approximately 1.78 million subscribers and over one billion views, as of the date of this filing.  MGA also launched its own dedicated L.O.L. Surprise website (lolsurprise.com), its own Amazon Store (amazon.com/stores/LOLSurprise/), and its own TikTok Page (tiktok.com/@lolsurprise?), Instagram Page (instagram.com/lolsurprise/) and Facebook Page (facebook.com/lolsurprise/).  On MGA's dedicated LOLSurprise website, YouTube channel, and other online media channels, MGA specifically invites, permits, authorizes, and ratifies third-party users on its media platforms to generate and upload user-generated Infringing Content to those MGA media platforms alongside MGA's Infringing L.O.L. Surprise Products.  MGA has both the right and ability to terminate user access to all of its websites based on various Terms of Service agreements.  MGA

also encourages and assists third parties to promote and display MGA's Infringing L.O.L. Surprise Products—including by providing products for promotion and display, by providing online tools for promotion and display, and by providing encouragement for promotion and display without issuing DMCA takedown notices.

75.    MGA promotes and sells its products throughout the United States and the world through its own channels as set forth in the paragraphs above, as well as through third-parties, including social media influencers, and, according to MGA in a lawsuit it filed in March 2021, "through major retailers, quality toy stores, department stores, and online marketplaces," including, without limitation, Target, Walmart, Best Buy, Barnes & Noble, Kohl's, Walgreens, and Amazon.  According to a declaration MGA submitted by Mr. Larian in a different copyright lawsuit it filed, MGA's "L.O.L. Surprise! website contains a 'Where to Buy' tab which explicitly states which retailers are authorized to sell L.O.L. Surprise! Products."  MGA's websites also contain links to the retailers for purchase of L.O.L. Surprise Products that MGA authorizes the retailers to advertise, promote, display, and sell.

76.    MGA's L.O.L. Surprise Products today have an enormous following, which according to MGA's Mr. Larian prior testimony was created at least in part from "thousands of YouTube 'unboxing' videos by third-party influencers which have been viewed hundreds of millions of times."  Further, MGA's Director of Public Relations, Ms. Corie Jackson, testified by declaration in late 2020 that MGA "keeps records of online social media influencers whom MGA has utilized in the U.S. related to the promotion of the L.O.L. Surprise! product line. . . The influencers typically do not solicit products to review, rather, MGA selected each of the social media influences with which it wanted to promote L.O.L. Surprise!, and sent product to them for review. . . MGA has arranged and sent products to U.S. based Instagram influencer 'Melody's Treasure Box,' located at https://www.instagram.com/melodystreasurebox/ to promote various series of L.O.L. Surprise Products! . . MGA has arranged and sent product to U.S. based Instagram influencer 'Toy Daycare' located at

21

https://www.instagram.com/p/BUW5nzmA_Be/ to promote various series of L.O.L. Surprise! products[.]" MGA has sent L.O.L. Surprise Products to numerous additional social media influencers to promote L.O.L. Surprise Products.

77.     Consumers clicking on these links are then taken to the different websites where they can purchase L.O.L. Surprise Products.  Beyond selling and distributing the three-dimensional L.O.L. Surprise dolls themselves, visual depictions of the L.O.L. Surprise Products are plastered across vast venues in different forms, including images and drawings of the dolls on the MGA media channels, product packaging, collectible posters, and elsewhere; as well as images and drawings of the dolls displayed and promoted in the advertisements of MGA's authorized retailers, social media influencers, and other third parties—including without limitation the drawings displayed and distributed on the collectible posters, the product packaging, as well as calendars, puzzles, board games, coloring books, movies, application-based games like L.O.L. Ball Pop, YouTube doll performances, and any other L.O.L. Surprise Products copying Baldy's copyrighted expressions.

**MGA's L.O.L. Surprise Products**
**Infringe Baldy's Copyrighted Works**

78.     Baldy is informed and believes, and based thereon alleges, that MGA accessed Baldy's original My Besties copyrighted works registered with the United States Copyright Office and asserted in this Complaint (collectively, the "Baldy Copyrighted Works"), for which Baldy owns exclusive rights, and then exploited them without Baldy's consent.  On information and belief, MGA viewed the Baldy Copyrighted Works—as well as other My Besties copyrighted images—through Baldy's publications, profiles, exhibitions, websites and/or through other channels, including without limitation over the Internet, social media, and/or through another third-party source.

79.     Baldy is informed and believes, and based thereon alleges, that MGA exploited the Baldy Copyrighted Works by incorporating significant protectable

elements into many of MGA's L.O.L. Surprise Products, including dolls, doll artwork, accessories, collectible posters, books, online/app-based games, website images, and other products sold directly through MGA's website, in stores, and via MGA-authorized online retailers like Amazon and others, and then advertised and sold, both online and in stores, those L.O.L. Surprise Infringing Products to consumers.

80.    MGA produced, reproduced, prepared derivative works based upon, imported, distributed, and publicly displayed the Baldy Copyrighted Works and derivatives thereof, without Baldy's consent.  MGA has thus infringed Baldy's exclusive rights to produce, reproduce, and distribute copies of her work, to create derivative works, and to publicly display her work, in violation of 17 U.S.C. §§ 106 and 501. Baldy has never authorized MGA, by license or otherwise, to copy, reproduce, distribute, or display any of her copyrighted artwork, or to prepare derivative works based on her copyrighted artwork. Baldy's Asserted Copyrights are summarized in the Table below.

## BALDY's ASSERTED COPYRIGHTS

| Ex. | Registration No. | Title | Published |
|-----|------------------|-------|-----------|
| A | VAu 1-131-434<br>VA 2-167-479 | My Besties Ella & Pinkles<br>My Besties Carley | N/A<br>1/24/2013 |
| B | VA 2-223-166 | Cozy Rosie IMG-094 2 | 10/12/3013 |
| C | VA 2-210-131 | Besties Brianna Ballerina | 1/20/2013 |
| D | VA 2-223-170 | Brittany and La Mouse | 12/22/2012 |
| E | VA 2-223-160 | Punk Boy | 3/26/2015 |
| F | VA 2-179-228 | My Besties Betty Loo MYB0005 | 2/3/2013 |
| G | VA 2-249-658 | Belinda Bee Hive Bestie | 7/26/2013 |

23

| H | VA 2-223-156 | Butterfly Hearts IMG875 | 6/25/2013 |
| I | VA 2-249-780 | Bestie Friends IMG 648 | 2/24/2013 |
| J | VA 2-223-158 | Flower Girl IMG7472 Remix | 6/30/2015 |
| K | VA 2-179-227 | Brittany Geeky Gertie Img798 | 5/11/2013 |
| L | VA-2-223-168 | Besties Hippie Chick IMG836 | 6/8/2013 |
| M | VA 2-223-165 | Braids Img340 | 5/12/2014 |
| N | VA 2-250-222 | Pigtail Polly IMG 813 | 5/18/2013 |
| O | VA 2-223-167 | Birthday Bestie IMG 937 | 12/12/2015 |
| P | VA 2-223-159 | Tongue Besties Img523 | 2/6/2015 |
| Q | VA 2-179-174 | Morning Coffee Fancy Pants img030 | 2/6/2016 |
| R | VA 2-223-164 | Ponytail Bestie IMG845 | 6/9/2013 |
| S | VA 2-223-169 | Cinder Bell IMG824 | 5/26/2013 |
| T | VA 2-253-296 | Bun Bun Bestie IMG659 | 7/16/2015 |
| U | VA 2-273-747 | Pony Tails IMG745 | 4/13/2013 |
| V | VA 2-223-163 | Miss Doodle Poodle IMG769 | 4/24/2013 |
| W | VA 2-250-605 | Peek A Boo IMG630 | 5/17/2015 |
| X | VA 2-272-461 | IMG728 | 8/13/2015 |
| Y | VA 2-050-656 | Daisy Do All MYB-0035 | 12/29/2012 |
| Z | VA 2-273-749 | Banana Pie Sunday Afternoon | 1/16/2014 |
| AA | VA 2-273-750 | Frank Love Letters Steampunk | 10/16/2017 |
| BB | VA 2-223-157 | Fancy Pants Sitting Fairy IMG442 | 11/12/2014 |

81.    Representative examples of L.O.L. Surprise Infringing Products, and Baldy Copyrighted Works, are set forth below.  The examples are not intended to present an exhaustive depiction of MGA's infringement.  Baldy's claims here extend to and include any publication, sale, distribution, display, monetization, or other use of MGA that incorporates, without permission, in whole or in part, protectable elements of the Baldy Copyrighted Works. MGA also mixed and matched from Baldy's Asserted Copyrights when copying or deriving from her copyrighted works in the L.O.L. Surprise dolls and related products, implementing Baldy's "remix" concept.

82.    MGA's sweeping incorporation of protectable elements of Baldy's Copyrighted Works into various L.O.L. Surprise Infringing Products not only demonstrates MGA copied Baldy's works, but also supports the inference that Defendant had access to them.  Even in instances where MGA did not reproduce the entirety of Baldy's expression in a particular product, MGA's extensive use of distinctive components of Baldy's Copyrighted Works across its product line establishes MGA's widespread infringement and confirms that this is not a matter of mere coincidence or independent creation.

83.    As shown below, comparing Baldy's Asserted Copyrights and representative examples of MGA's L.O.L. Surprise Infringing Products reveals that MGA's Infringing Products use designs copied or derived from Baldy's copyrighted works identified in the Table above, both objectively (i.e., when analyzing the Baldy copyrights' specific and substantial protectable elements) and subjectively (i.e., as a whole from the standpoint of the ordinary reasonable observer). Baldy has been damaged and continues to be damaged, and MGA has profited and continues to profit, from MGA's unauthorized use of Baldy's Copyrighted Works.

**BALDY's CARLEY**

84.    Baldy's "My Besties Carley" (Registration Numbers VAu 1-131-434 (part of a collection of works) and VA 2-167-479 (as an individual work) (both attached hereto as Exhibit A) ("Carley"), was first published on or about January 24, 2013:

 

85.    For example, MGA's "Luxe" and "Lil Luxe" shown below as dolls (and a two-dimensional drawing of Luxe), D.J., Lil D.J., B.B. D.J., Dollface, Lil Dollface, Costume Designer, and any other L.O.L. Surprise Products with substantially the same expression, infringe one or more of Baldy's exclusive rights in her Asserted Copyrights, including by, without limitation, copying or deriving such L.O.L. Surprise Products from Baldy's copyright protected works as reflected in a comparison of the parties' respective works.  Luxe is the name of Baldy's granddaughter, a fact that she published on Facebook in April 2017, prior to MGA's release of their Luxe and Lil Luxe dolls.

**EXEMPLARY MGA L.O.L. SURPRISE**

 

**BALDY's COZY ROSIE**

86.     Baldy's "Cozy Rosie IMG-094 2" (Registration Number VA 2-223-166) (attached hereto as Exhibit B) ("Cozy Rosie") was first published on or about October 12, 2013:



87.     For example, MGA's "Snow Angel" shown below as both a doll and a two-dimensional illustration, and any other L.O.L. Surprise Products with substantially the same expression, infringe one or more of Baldy's exclusive rights in her Asserted Copyrights, including by, without limitation, copying or deriving such L.O.L. Surprise Products from Baldy's copyright protected works as reflected in a comparison of the parties' respective works.

<u>**MY BESTIE**</u>                              <u>**EXEMPLARY MGA L.O.L SURPRISE**</u>

              

1

## BALDY's BRIANNA BALLERINA

2      88.    Baldy's "Besties Brianna Ballerina" (Registration Number VA 2-210-

3    131) (attached hereto as Exhibit C) was first published on or about January 20, 2013:

4

5

6       

7

8

9

10

11

12      89.    MGA's "Curious Q.T." shown below, Leading Baby, Fancy, Miss Baby,

13   Center Stage, Prom Princess, and any other L.O.L. Surprise Products with substantially

14   the same expression, infringe one or more of Baldy's exclusive rights in her Asserted

15   Copyrights, including by, without limitation, copying or deriving such L.O.L. Surprise

16   Products from Baldy's copyright protected works as reflected in a comparison of the

17   parties' respective works.

18                  ## EXEMPLARY MGA L.O.L. SURPRISE

19

20

21      

22

23

24

25

26

27

28

1

### **BALDY's BRITTANY AND LA MOUSE**

2      90.    Baldy's "Brittany and La Mouse" (Registration Number VA 2-223-170)

3  (attached hereto as Exhibit D) ("Brittany") was first published on or about December

4  22, 2012:




91.    MGA's "Splits" shown below, and any other L.O.L. Surprise Products
with substantially the same expression, infringe one or more of Baldy's exclusive
rights in her Asserted Copyrights, including by, without limitation, copying or deriving
such L.O.L. Surprise Products from Baldy's copyright protected works as reflected in a
comparison of the parties' respective works.

### **EXEMPLARY MGA L.O.L SURPRISE**




29

**BALDY's PUNK BOY**

92.    Baldy's "Punk Boy Img568 2" (Registration Number VA 2-223-160) (attached hereto as Exhibit E) ("Punk Boy") was first published on or about March 26, 2015:



93.    MGA's "Punk Boi" shown below, Lil Punk Boi, Lil Sk8er Boi, and any other L.O.L. Surprise Products with substantially the same expression, infringe one or more of Baldy's exclusive rights in her Asserted Copyrights, including by, without limitation, copying or deriving such L.O.L. Surprise Products from Baldy's copyright protected works as reflected in a comparison of the parties' respective works.

**EXEMPLARY MGA L.O.L. SURPRISE**

 

30

1

## BALDY's BETTY LOO

2

94.    Baldy's "My Besties Betty Loo MYB0005" (Registration Number VA 2-

3

179-228) (attached hereto as Exhibit F) ("Betty Loo") was first published on or about

4

February 3, 2013:

5

6

 

7

8

9

10

11

12

13

14

95.    MGA's "Jitterbug," "Silver Screen," shown below, and any other L.O.L.

15

Surprise Products with substantially the same expression, infringe one or more of

16

Baldy's exclusive rights in her Asserted Copyrights, including by, without limitation,

17

copying or deriving such L.O.L. Surprise Products from Baldy's copyright protected

18

works as reflected in a comparison of the parties' respective works.

19

## EXEMPLARY MGA L.O.L. SURPRISE

20

21

  

22

23

24

25

26

27

28

31

1

## BALDY's BELINDA BEE HIVE

2

96.     Baldy's "Belinda Bee Hive Bestie" (Registration Number VA 2-249-658)

3

(attached hereto as Exhibit G) ("Belinda Bee Hive Bestie") was first published on or

4

about July 26, 2013:

5

6

7

8

9

10

11

12

13



14

97.     MGA's "Supreme Queen" shown below, and any other L.O.L. Surprise

15

Products with substantially the same expression, infringe one or more of Baldy's

16

exclusive rights in her Asserted Copyrights, including by, without limitation, copying

17

or deriving such L.O.L. Surprise Products from Baldy's copyright protected works as

18

reflected in a comparison of the parties' respective works

19

### EXEMPLARY MGA L.O.L SURPRISE

20

21

22

23

24

25

26




27

28

1

**BALDY's BUTTERFLY HEARTS**

2    98.    Baldy's "Butterfly Hearts IMG875" (Registration VA 2-223-156)

3    (Exhibit H) ("Butterfly Hearts") was first published on or about June 25, 2013:



12    99.    MGA's "Dawn" shown below, Dawn Sparkle, and any other L.O.L.

13    Surprise Products with substantially the same expression, infringe one or more of

14    Baldy's exclusive rights in her Asserted Copyrights, including by, without limitation,

15    copying or deriving such L.O.L. Surprise Products from Baldy's copyright protected

16    works as reflected in a comparison of the parties' respective works.

**EXEMPLARY MGA L.O.L. SURPRISE**

 

1

## **BALDY's BESTIE FRIENDS**

2    100.    Baldy's "Bestie Friends IMG 648" (Registration Number VA 2-249-780)

3    (attached hereto as Exhibit I) ("Bestie Friends") was first published on or about

4    February 24, 2013:




12    101.    MGA's "Snow Bunny" shown below, as well as Hops, Bunny Hun, and

13    any other L.O.L. Surprise Products with substantially the same infringing expression,

14    infringe one or more of Baldy's exclusive rights in her Asserted Copyrights, including

15    by, without limitation, copying or deriving such L.O.L. Surprise Products from

16    Baldy's copyright protected works as reflected in a comparison of the parties'

17    respective works.

**MY BESTIE**          **EXEMPLARY MGA L.O.L. SURPRISE**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### BALDY's FLOWER GIRL REMIX

102.    Baldy's "Flower Girl IMG7472 Remix" (Registration Number VA 2-223-158) (attached hereto as Exhibit J) ("Flower Girl Remix") was first published on or about June 30, 2015:

 

103.    MGA's "Sugar Queen" shown below, Coconut QT, and any other L.O.L. Surprise Products with substantially the same expression, infringe one or more of Baldy's exclusive rights in her Asserted Copyrights, including by, without limitation, copying or deriving such L.O.L. Surprise Products from Baldy's copyright protected works as reflected in a comparison of the parties' respective works.

### EXEMPLARY MGA L.O.L. SURPRISE

 

35

**BALDY's BRITTANY GEEKY GERTIE**

104.   Baldy's "Brittany Geeky Gertie Img798" (Registration Number VA 2-179-227) (attached hereto as Exhibit K) ("Brittany Geeky Gertie") was first published on or about May 11, 2013:



105.   MGA's "Bon Bon" shown below, Lil Bon Bon, Big BB Bon Bon, Ooh La La Bon Bon, Court Champ, Purple Queen, Lil Purple Queen, Hoops MVP, Lil Hoops MVP, and any other L.O.L. Surprise Products with substantially the same expression, infringe one or more of Baldy's exclusive rights in her Asserted Copyrights, including by, without limitation, copying or deriving such L.O.L. Surprise Products from Baldy's copyright protected works as reflected in a comparison of the parties' respective works.

**EXEMPLARY MGA**

 

**BALDY's HIPPIE CHICK**

106.   Baldy's "Besties Hippie Chick IMG836" (Registration Number VA-2-223-168) (attached hereto as Exhibit L) ("Hippie Chick") was first published on or about June 8, 2013:



107.   MGA's "Glow Grrrl" shown below, and any other L.O.L. Surprise Products with substantially the same infringing expression, infringe one or more of Baldy's exclusive rights in her Asserted Copyrights, including by, without limitation, copying or deriving such L.O.L. Surprise Products from Baldy's copyright protected works as reflected in a comparison of the parties' respective works.

**EXEMPLARY MGA L.O.L. SURPRISE**

 

37

### BALDY's BRAIDS

108.   Baldy's "Braids Img340" (Registration Number VA 2-223-165) (attached hereto as Exhibit M) ("Braids") was first published on or about May 12, 2014:



109.   MGA's "Scuba Babe" shown below, Chickadee, Cosmic Nova, and any other L.O.L. Surprise Products with substantially the same expression, infringe one or more of Baldy's exclusive rights in her Asserted Copyrights, including by, without limitation, copying or deriving such L.O.L. Surprise Products from Baldy's copyright protected works as reflected in a comparison of the parties' respective works.

### EXEMPLARY MGA L.O.L. SURPRISE





**BALDY's PIGTAIL POLLY**

110.   Baldy's "Pigtail Polly IMG 813" (Registration Number VA 2-250-222) (attached hereto as Exhibit N) ("Pigtail Polly") was first published on or about May 18, 2013:



111.   MGA's "Jelly Jam" shown below, and any other L.O.L. Surprise Products with substantially the same expression, infringe one or more of Baldy's exclusive rights in her Asserted Copyrights, including by, without limitation, copying or deriving such L.O.L. Surprise Products from Baldy's copyright protected works as reflected in a comparison of the parties' respective works.

**EXEMPLARY MGA L.O.L. SURPRISE**



## BALDY's BIRTHDAY BESTIE & FANCY PANTS

112.   Baldy's "Birthday Bestie IMG 937" (Registration No. VA 2-223-167) (Exhibit O) ("Birthday Bestie") was first published on or about December 12, 2015:



113.   MGA's "Sprinkles" and "Sprin-claws" shown below, Lil Unicorn, Lil Baby Goo Goo, Jr. Prom Princess, Lil Madame Queen, Lil Genie, Lil Yang Q.T., Lil Kawaii Queen, Lil Tinz, Lil Kansas Q.T., Lil Suite Princess, Lil Drag Racer, Lil Daring Diva, Lil Pop Heart, Lil Oops Baby, and any other L.O.L. Surprise Products with substantially the same expression, infringe one or more of Baldy's exclusive rights in her Asserted Copyrights, including by, without limitation, copying or deriving such L.O.L. Surprise Products from Baldy's copyright protected works as reflected in a comparison of the parties' respective works.

## EXEMPLARY MGA L.O.L. SURPRISE



40

**BALDY's TONGUE BESTIES**

114.   Baldy's Tongue Besties (VA 2-223-159) (Exhibit O) (on the left) first published on or about February 6, 2015; and "Fancy Pants" (VA 2-223-157) (Exhibit P) (on the right) first published on or about November 12, 2014:



115.   MGA's "Lil Miss Baby," "Lil It Baby," shown below, Lil Icesk8er, Lil Pranksta Baby, Lil Babydoll, Lil As If Baby, Lil Boogie Babe, Lil Witchay Babay, and any other L.O.L. Surprise Product with substantially the same expression, infringe one or more of Baldy's exclusive rights in her Asserted Copyrights, including by, without limitation, copying or deriving such L.O.L. Surprise Products from Baldy's copyright protected works as reflected in a comparison of the parties' respective works.

**EXEMPLARY MGA L.O.L. SURPRISE**




41

**BALDY's MORNING COFFEE FANCY PANTS**

116.  Baldy's "Morning Coffee Fancy Pants Besties img030" (Registration Number VA 2-179-174) (attached hereto as Exhibit Q) ("Morning Coffee Fancy Pants") was first published on February 6, 2016:



117.  MGA's "Lil Babydoll," "Lil Goo-Goo Queen," shown below, Babydoll, Goo-Goo Queen, Kittydoll, Goo-Goo Mew-Mew, and any other L.O.L. Surprise Products with substantially the same expression, infringe one or more of Baldy's exclusive rights in her Asserted Copyrights, including by, without limitation, copying or deriving such L.O.L. Surprise Products from Baldy's copyright protected works as reflected in a comparison of the parties' respective works.

**EXEMPLARY MGA L.O.L. SURPRISE**

 

1

## BALDY's PONYTAIL BESTIE

2   118.   Baldy's "Ponytail Bestie IMG845" (Registration Number VA 2-223-164)

3   (attached hereto as Exhibit R) ("Ponytail Bestie") was first published on or about June

4   9, 2013:

5

6

7



8

9

10

11

12

13   119.   MGA's "Twang" shown below, and any other L.O.L. Surprise Products

14   with substantially the same infringing expression, infringe one or more of Baldy's

15   exclusive rights in her Asserted Copyrights, including by, without limitation, copying

16   or deriving such L.O.L. Surprise Products from Baldy's copyright protected works as

17   reflected in a comparison of the parties' respective works.

18   ## EXEMPLARY MGA L.O.L. SURPRISE

19

20

21

22



23

24

25

26

27

28

43

1

**BALDY's CINDER BELL**

2     120.   Baldy's "Cinder Bell IMG824" (Registration Number VA 2-223-169)

3 (attached hereto as Exhibit S) was first published on or about May 26, 2013:



14     121.   MGA's "Class Prez" shown below, and any other L.O.L. Surprise

15 Products with substantially the same expression, infringe one or more of Baldy's

16 exclusive rights in her Asserted Copyrights, including by, without limitation, copying

17 or deriving such L.O.L. Surprise Products from Baldy's copyright protected works as

18 reflected in a comparison of the parties' respective works.

**EXEMPLARY MGA L.O.L. SURPRISE**

 

1

## BALDY's BUN BUN BESTIE

2      122.   Baldy's "Bun Bun Bestie IMG659" (Registration Number VA 2-253-296)

3  (attached hereto as Exhibit T) was first published on or about July 16, 2015:



13

14      123.   MGA's "24K D.J." shown below, Daring Diva, and any other L.O.L.

15  Surprise Products with substantially the same expression, infringe one or more of

16  Baldy's exclusive rights in her Asserted Copyrights, including by, without limitation,

17  copying or deriving such L.O.L. Surprise Products from Baldy's copyright protected

18  works as reflected in a comparison of the parties' respective works.

## EXEMPLARY MGA L.O.L. SURPRISE

 

45

1

## **BALDY's PONY TAILS**

2      124.   Baldy's "Pony Tails IMG745" (Registration Number VA 2-273-747)

3 (attached hereto as Exhibit U) ("Pony Tails") published on April 13, 2013:

4

5

6

7

8



9

10

11

12

13      125.   MGA's "Downtown Doll," "Kanas Q.T.," "Pumpkin Spice" shown

14 below, Glamstronaut, Unicorn, Sprints, and any other L.O.L. Surprise Products with

15 substantially the same expression, infringe one or more of Baldy's exclusive rights in

16 her Asserted Copyrights, including by, without limitation, copying or deriving such

17 L.O.L. Surprise Products from Baldy's copyright protected works as reflected in a

18 comparison of the parties' respective works.

19

## **EXEMPLARY MGA L.O.L. SURPRISE**

20

21

22

  

23

24

25

26

27

28

**BALDY's MISS DOODLE POODLE**

126.   Baldy's "Miss Doodle Poodle IMG769" (Registration Number VA 2-223-163) (attached hereto as Exhibit V) ("Miss Doodle Poodle") was first published on or about April 24, 2013:



127.   MGA's "Pins" shown below, and any other L.O.L. Surprise Products with substantially the same expression, infringe one or more of Baldy's exclusive rights in her Asserted Copyrights, including by, without limitation, copying or deriving such L.O.L. Surprise Products from Baldy's copyright protected works as reflected in a comparison of the parties' respective works.

**EXEMPLARY MGA L.O.L. SURPRISE**

 

1

## **BALDY's PEEK A BOO**

2        128.   Baldy's "Peek A Boo IMG630" (Registration Number VA 2-250-605)

3    (attached hereto as Exhibit W) ("Peek A Boo") was first published on or about May

4    17, 2015:



129.   MGA's "Sis Swing" shown below, Cherry, and any other L.O.L. Surprise

Products with substantially the same expression, infringe one or more of Baldy's

exclusive rights in her Asserted Copyrights, including by, without limitation, copying

or deriving such L.O.L. Surprise Products from Baldy's copyright protected works as

reflected in a comparison of the parties' respective works.

## **EXEMPLARY MGA L.O.L. SURPRISE**

  

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### BALDY's IMG728

130.   Baldy's "IMG728" (Registration Number VA 2-272-461) (attached as Exhibit X; contains date error; Copyright Office is aware and in process of correcting), was first published on or about August 13, 2015:



131.   MGA's "Groovy Babe" shown below, and any other L.O.L. Surprise Products with substantially the same expression, infringe one or more of Baldy's exclusive rights in her Asserted Copyrights, including by, without limitation, copying or deriving such L.O.L. Surprise Products from Baldy's copyright protected works as reflected in a comparison of the parties' respective works.

<u>**MY BESTIE**</u>                    <u>**EXEMPLARY MGA L.O.L. SURPRISE**</u>









49

**BALDY's DAISY DO ALL**

132.   Baldy's "Daisy Do All MYB-0035" (Registration Number VA 2-050-656) (attached hereto as Exhibit Y) ("Daisy Do All") was first published on or about December 29, 2012:



133.   MGA's "Peanut Buttah" shown below out of the box, and any other L.O.L. Surprise Products with substantially the same expression, infringe one or more of Baldy's exclusive rights in her Asserted Copyrights, including by, without limitation, copying or deriving such L.O.L. Surprise Products from Baldy's copyright protected works as reflected in a comparison of the parties' respective works.

**EXEMPLARY MGA L.O.L. SURPRISE**



50

**BALDY's BANANA PIE SUNDAY AFTERNOON**

134. Baldy's "Banana Pie Sunday Afternoon" (Registration Number VA 2-273-749) (attached hereto as Exhibit Z) was first published on or about January 16, 2014:



135. MGA's "Riptide," "Lil Riptide" shown below, OMG Ferocious, Styling Head Royal Bee, and any other L.O.L. Surprise Products with substantially the same expression, infringe one or more of Baldy's exclusive rights in her Asserted Copyrights, including by, without limitation, copying or deriving such L.O.L. Surprise Products from Baldy's copyright protected works as reflected in a comparison of the parties' respective works.

**EXEMPLARY MGA L.O.L SURPRISE**

 

51

**BALDY's FRANK LOVE LETTERS STEAMPUNK**

136.   Baldy's "Frank Love Letters Steampunk" (Registration Number VA 2-273-750) (attached hereto as Exhibit AA) ("Frank Bestie") was first published on or about October 16, 2017:



137.   MGA's "City Slicker" shown below, and any other L.O.L. Surprise Products with substantially the same expression, infringe one or more of Baldy's exclusive rights in her Asserted Copyrights, including by, without limitation, copying or deriving such L.O.L. Surprise Products from Baldy's copyright protected works as reflected in a comparison of the parties' respective works.

| **MY BESTIE** | **MGA L.O.L. SURPRISE** |
|:---:|:---:|
|  |  |

**BALDY's MY BESTIES ARE THE FACE OF MGA's L.O.L. SURPRISE**

138.   In addition to MGA's copying or deriving numerous L.O.L. Surprise dolls and related products from Baldy's copyrighted works, all of the faces of MGA's L.O.L. Surprise dolls and related products infringe one or more of Baldy's Asserted Copyrights, as set forth in further detail in the following paragraphs.

139.   Specifically, the faces of the L.O.L. Surprise dolls with both eyes open infringe one or more of Baldy's exclusive rights in her Asserted Copyrights, including by, without limitation, copying or deriving the faces of such L.O.L. Surprise dolls from one or more of Baldy's Asserted Copyrights:

**BALDY's MY BESTIES FACES—EYES OPEN**



**EXEMPLARY FACES MGA L.O. L. SURPRISE**



53

140.   In addition, the faces of the L.O.L. Surprise dolls with both eyes shut infringe one or more of Baldy's exclusive rights in her Asserted Copyrights, including by, without limitation, copying or deriving the faces of such L.O.L. Surprise dolls from at least one or more of the following faces from Baldy's copyright protected works:

**<u>BALDY's MY BESTIES FACES — EYES CLOSED</u>**



**<u>EXEMPLARY FACES MGA L.O.L. SURPRISE</u>**



141.   The faces of the L.O.L. Surprise dolls with both eyes shut and tongue sticking out, infringe one or more of Baldy's exclusive rights in her Asserted Copyrights, including by, without limitation, copying or deriving the faces of such L.O.L. Surprise dolls from at least one or more of the following faces from Baldy's copyright protected works:

**<u>BALDY's MY BESTIES FACES—EYES CLOSED; TONGUE OUT</u>**



1

2

## EXEMPLARY FACES MGA L.O.L. SURPRISE

3

  

4

5

6

7       142.   The faces of the L.O.L. Surprise dolls with only one eye shut and tongue

8   sticking out infringe one or more of Baldy's exclusive rights in her Asserted

9   Copyrights, including by, without limitation, copying or deriving the faces of such

10  L.O.L. Surprise dolls from at least one or more of the following faces from Baldy's

11  copyright protected works:

12

13                   ## BALDY's MY BESTIES FACES—ONE EYE CLOSED

14

15

16   

17

18

19

20

21                   ## EXEMPLARY FACES MGA L.O.L. SURPRISE

22      

23

24

25            

26

27

28

55

143.   Moreover, even in the rare instances where MGA introduced a boy L.O.L. Surprise doll—yet again MGA pilfered Baldy's artistic expression; such faces infringe one or more of Baldy's exclusive rights in her Asserted Copyrights, including by, without limitation, copying or deriving the faces of such L.O.L. Surprise dolls from at least one or more of the following faces from Baldy's copyright protected works:

**BALDY's MY BESTIES FACES—BOYS**

  

**EXEMPLARY FACES MGA L.O.L. SURPRISE**

  

# FIRST CLAIM FOR RELIEF

## Direct Copyright Infringement Against Defendant MGA

144.    Plaintiff incorporates herein by reference the allegations set forth in paragraphs 1 through 143 of this Complaint as though fully set forth herein.

145.    Plaintiff is informed and believes and thereon alleges that MGA at all times since the publication of each image has had access to the Baldy Copyrighted Works, including, without limitation, through viewing the Baldy Copyrighted Works by direct means, and through Plaintiff's publications, profiles, exhibitions, websites, and/or through other channels, including over the Internet, including without limitation as accessed via a search engine or through a third-party source including, but not limited to, products and/or tutorials sold or displayed by Baldy and/or third parties.

146.    MGA has produced, reproduced, prepared derivative works based upon, distributed, and publicly displayed Baldy's protected works using designs identical, substantially similar to, or derivative of Baldy's My Besties' copyrights through the L.O.L. Surprise Infringing Products, without Baldy's consent.  MGA has thus infringed Baldy's exclusive rights to produce, reproduce, and distribute copies of her work, to create derivative works, and to publicly display her work, in violation of 17 U.S.C. §§ 106 and 501.  Baldy has never authorized MGA, by license or otherwise, to copy, reproduce, distribute, or display any of her copyrighted artwork, or to prepare derivative works based on her copyrighted artwork.

147.    MGA's conduct constitutes direct infringement of Plaintiff's exclusive rights to produce, reproduce, and distribute copies of her Copyrighted Works, to create derivative works, and to publicly display her work.  MGA's actions are in violation of 17 U.S.C. 106 and 501 under the Copyright Act.

148.    Due to MGA's acts of infringement, Baldy has suffered actual, general and special damages in an amount to be established at trial.

149.    MGA's acts of infringement have been willful, intentional, and purposeful, in disregard of and indifferent to the rights of Plaintiff.

150.   MGA has obtained direct and indirect profits attributable to its infringement of Plaintiff's rights in the Baldy Copyrighted Works.  As such, Plaintiff is entitled to disgorgement of MGA's profits directly and indirectly attributable to MGA's infringement of Baldy's rights in Plaintiff's Copyrighted Works, including, but not limited to, complete disgorgement of profits relating to the L.O.L. Surprise Infringing Products, in an amount to be established at trial.

151.   Alternatively, at Plaintiff's election, Plaintiff is entitled to the maximum statutory damages pursuant to 17 U.S.C. § 504(c) up to $150,000 for each act of direct infringement by MGA.

152.   Plaintiff is entitled to her costs, including reasonable attorneys' fees, pursuant to 17 U.S.C. § 505.

### SECOND CLAIM FOR RELIEF

**Vicarious and/or Contributory Copyright Infringement**

**Against Defendant MGA**

153.   Plaintiff incorporates herein by reference the allegations set forth in paragraphs 1 through 143 of this Complaint as though fully set forth herein.

154.   MGA's consumers, distributors, retailers, social media influencers, users of MGA's website and social media platforms, and other third parties, have directly infringed and are directly infringing Plaintiff's rights in the Baldy Copyrighted Works by, inter alia, purchasing, publicly displaying, reproducing, and/or distributing infringing L.O.L Surprise products that are identical, substantially similar to, or derivative of Baldy's Copyrighted Works ("Third-Party Direct Infringers").  MGA is not only aware of this Third-Party Direct Infringement, but many of these Third-Party Direct Infringers are encouraged by MGA to produce, reproduce, display, and distribute L.O.L. Surprise product and display designs, which are identical, substantially similar to, or derivative of Baldy's Copyrighted Works.  Further, such Third-Party Direct Infringers are provided the L.O.L. Surprise Infringing Products by MGA that result in Third-Party Direct Infringement, and such Third-Party Direct

58

infringers are also provided with the instructions and/or encouragement to produce, reproduce, distribute and display infringing L.O.L. Surprise products on their social media platforms, and on MGA's media platforms, therefore directly infringing Plaintiff's exclusive rights to produce, reproduce, and distribute copies of her work, to create derivative works, and to publicly display her work, in violation of 17 U.S.C. §§ 106 and 501.

155.   MGA benefits from this Third-Party Direct Infringement that promotes MGA's L.O.L. Surprise Products, and profits from and through the respective obtainment, publication, distribution, and display of L.O.L. Surprise Infringing Products by Third-Party Direct Infringers.

156.   For Third-Party Direct Infringement that MGA authorizes, MGA has the right and ability to revoke such authorization and stop Third-Party Direct Infringement.

157.   As a result, MGA is liable under the Copyright Act for vicariously infringing Baldy's Copyrighted Works based on Third-Party Direct Infringement that MGA has the right and ability to supervise—including third-party content that appears on MGA's media channels, including without limitation its LOL Surprise website and its LOL Surprise YouTube channel.

158.   MGA is aware that Plaintiff's Copyrighted Works and works substantially similar to and derivative of Plaintiff's Copyrighted Works are protected by copyright and are the intellectual property of Plaintiff.   MGA is equally aware that the Third-Party Direct Infringers are unlawfully reproducing, distributing and displaying designs that are identical, substantially similar to, or derivative of Plaintiff's Copyrighted Works.

159.   MGA's acts of encouraging and assisting with the direct infringement of Plaintiff's Works by the Third-Party Direct Infringers have been willful, intentional and purposeful, in disregard of and indifferent to the rights of Plaintiff.

160.   MGA has obtained direct and indirect profits attributable to the infringement of Plaintiff's rights in the Baldy Copyrighted Works.  As such, Plaintiff is entitled to disgorgement of Defendant's profits directly and indirectly attributable to MGA's vicarious and/or contributory (included induced) infringement of Baldy's exclusive rights in her Copyrighted Works by the Third-Party Direct Infringers, including, but not limited to, complete disgorgement of profits relating to the L.O.L. Surprise Infringing Products.

161.   Alternatively, at Plaintiff's election, Plaintiff is entitled to the maximum statutory damages pursuant to 17 U.S.C. § 504(c) up to $150,000 for each act of indirect infringement by MGA.

162.   Plaintiff is entitled to her costs, including reasonable attorneys' fees, pursuant to 17 U.S.C. § 505.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Sherri Baldy prays for judgment against MGA as follows:

1.    For a judicial determination and declaration that Defendant MGA has directly infringed, and continues to directly infringe Plaintiff's Copyrighted Works;

2.    For a judicial determination and declaration that Defendant MGA is vicariously liable for Third-Party Direct Infringement of Plaintiff's Copyrighted Works;

3.    For a judicial determination and declaration that Defendant MGA has induced, caused, or materially contributed to Third-Party Direct Infringement of Plaintiff's Copyrighted Works;

4.    For a judicial determination and decree that MGA's infringement of Plaintiff's Copyrighted Works has been and continues to be, willful and deliberate;

5.    For Plaintiff's actual damages plus MGA's profits from direct and indirect infringement of Plaintiff's Copyrighted Works, in an amount to be proven at trial;

6.    For Plaintiff's costs, including reasonable attorneys' fees, 17 USC § 505;

7.    For pre and post-judgment interest according to law;

8.    For any such other and further relief as the Court may deem just.

Dated: November 15, 2021             **SKIERMONT DERBY LLP**

By: */s/ Mieke K. Malmberg*
     Mieke K. Malmberg (SBN 209992)
     mmalmberg@skiermontderby.com
     Paul B. Derby (SBN 211352)
     pderby@skiermontderby.com
     Hajir Ardebili (SBN 224624)
     hardebili@skiermontderby.com
     Mane Sardaryan (SBN 287201)
     msardaryan@skiermontderby.com
     SKIERMONT DERBY LLP
     800 Wilshire Boulevard, Suite 1450
     Los Angeles, California 90017
     Telephone: (213) 788-4500
     Facsimile: (213) 788-4545

     Paul J. Skiermont (*pro hac vice* to be filed)
     pskiermont@skiermontderby.com
     SKIERMONT DERBY LLP
     1601 Elm Street, Suite 4400
     Dallas, Texas 75201
     Telephone: (214) 978-6600
     Facsimile: (214) 978-6601

     Doug W. Colt (SBN 210915)
     dcolt@coltlegal.com
     COLT LEGAL GROUP
     1034 Emerald Bay Road Suite 443
     South Lake Tahoe, CA  96150
     Telephone: (628) 400-2658
     Facsimile: (628) 400-2658

     Attorneys for Plaintiff
     SHERRI BALDY

## **JURY DEMAND**

Plaintiff hereby demands a jury trial pursuant to Rule 38 of the Federal Rules of Civil Procedure as to all issues so triable.

1

Dated: November 15, 2021      **SKIERMONT DERBY LLP**

2

3      By: */s/ Mieke K. Malmberg*
Mieke K. Malmberg (SBN 209992)

4      mmalmberg@skiermontderby.com
Paul B. Derby (SBN 211352)

5      pderby@skiermontderby.com
Hajir Ardebili (SBN 224624)

6      hardebili@skiermontderby.com
Mane Sardaryan (SBN 287201)

7      msardaryan@skiermontderby.com
SKIERMONT DERBY LLP

8      800 Wilshire Boulevard, Suite 1450

9      Los Angeles, California 90017

10      Telephone: (213) 788-4500

11      Facsimile: (213) 788-4545

12

13      Paul J. Skiermont (*pro hac vice* to be filed)
pskiermont@skiermontderby.com

14      SKIERMONT DERBY LLP
1601 Elm Street, Suite 4400

15      Dallas, Texas 75201

16      Telephone: (214) 978-6600
Facsimile: (214) 978-6601

17

18      Doug W. Colt (SBN 210915)
dcolt@coltlegal.com

19      COLT LEGAL GROUP

20      1034 Emerald Bay Road, Suite 443
South Lake Tahoe, CA  96150

21      Telephone: (628) 400-2658

22      Facsimile: (628) 400-2658

23      Attorneys for Plaintiff

24      SHERRI BALDY

25

26

27

28

63